**EXHIBT "A"**

| Name | Case No. | Filed | Closed |
|---|---|---|---|
| Alan R. Drossin v. M & M Recovery, Inc. | 2007-cv-61139 | 08/13/2007 | 10/10/2007 |
| Alan R. Drossin v. ER Solutions, Inc. | 2009-cv-61147 | 07/29/2009 | 10/23/2009 |
| Alan R. Drossin v. Rubin & Debski, P.A. | 2007-cv-61243 | 08/30/2007 | 11/30/2007 |
| Alan R. Drossin v. H & R Accounts, Inc. | 2009-cv-61509 | 09/22/2009 | 11/30/2009 |
| Alan R. Drossin v. Law Offices of Brian J. Ferber, Inc. | 2007-cv-61749 | 11/30/2007 | 01/03/2008 |
| Alan R. Drossin v. Credit Protection Association, L.P. | 2006-cv-61837 | 12/07/2006 | 01/22/2007 |
| Wally E. Drossin v. Orovitz | 2007-cv-60908 | 06/28/2007 | 08/16/2007 |
| Wally E. Drossin v. ARS National Services, Inc. | 2007-cv-61316 | 09/17/2007 | 10/23/2007 |
| Wally E. Drossin v. SKO Brenner American, Inc. | 2009-cv-61542 | 09/28/2009 | 11/24/2009 |
| Wally E. Drossin v. Phillips and Cohen Associated, Ltd. | 2006-cv-61756 | 11/20/2006 | 03/05/2007 |
| Wally E. Drossin v. National Action Financial Services, Inc. | 2007-cv-61873 | 12/21/2007 | 12/18/2009 |

*183701-v2*