UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61474-Civ-Lenard/Turnoff

ALAN R. DROSSIN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ALAN R. DROSSIN, submits this Notice of Pending Settlement and states that the parties have reached an agreement for settlement of this case providing for class relief. The agreement covers the primary terms of settlement and the parties are presently drafting, finalizing and executing a written settlement agreement along with a Joint Motion for Approval of Class Settlement and a Joint Motion for Certification of the Class. Plaintiff expects the two Motions will be filed with the court within 10 days.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235

donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61474-Civ-Lenard/Turnoff

ALAN R. DROSSIN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                             s/Donald A. Yarbrough
                                                                             Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Elizabeth M. Bohn, Esq.
Jorden Burt LLP
Suite 500
777 Brickell Avenue
Miami, FL 33131
Telephone: 305-347-6879
Facsimile: 305-372-9928

Via Notices of Electronic Filing generated by CM/ECF